■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS ANTONIO OCASIO, Appellant.—Judgment unanimously affirmed for reasons stated in opinion at Trial Term, Mark, J. (People v Ocasio, 106 Misc 2d 138). (Appeal from judgment of Monroe County Court, Mark, J.—burglary, third degree, and grand larceny, third degree.) Present—Callahan, J. P., Doerr, Denman, Boomer and Pine, JJ.